**GRANTED.**

*/s/ Thomas A. Wiseman Jr.*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RICK COTTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:09-cv-0215 |
| | ) | JURY DEMAND |
| CITY OF FRANKLIN, | ) | |
| | ) | Judge Wiseman |
| Defendant. | ) | Magistrate Judge Knowles |

### PLAINTIFF'S MOTION TO SUBSTITUTE HIS MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff, by and through counsel, and moves this court for leave to file the attached Motion for Extension of Time Within Which to Respond to Defendant's Motion for Summary Judgment. Counsel for Plaintiff inadvertently filed the incorrect motion on April 27, 2010 (Docket Entry D-29), and wish to substitute the correct motion, attached hereto as Exhibit A.

WHEREFORE, Plaintiff moves this Court for an order allowing him to file the attached Motion for Extension of Time Within Which to Respond to Defendant's Motion for Summary Judgment, taking the place of Docket Entry D-29.

Respectfully submitted,

KELLY, KELLY, & ALLMAN

/s/ Andy L. Allman

| | |
|---|---|
| Andy L. Allman | #17857 |
| F. Dulin Kelly | # 4085 |
| Clinton L. Kelly | #16171 |
| 629 East Main Street | |
| Hendersonville, TN 37075 | |