UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **RICK COTTON** | ) |
| | ) |
| v. | ) Civil Action No. 3:09-0215 |
| | ) Judge Wiseman/Knowles |
| **CITY OF FRANKLIN** | ) |

**O R D E R**

This action is currently scheduled for a final pretrial conference before Judge Wiseman on Friday, September 24, 2010, at 10:00 a.m. and for a jury trial on Tuesday, October 5, 2010, at 10:00 a.m. All pretrial deadlines for filing dispositive motions and for discovery have passed, and there are no motions currently pending before the Magistrate Judge.

The Court has been advised that the parties are ready for trial, and that there is no need for further case management proceedings before the Magistrate Judge. The Clerk is directed to forward this file to the Honorable Thomas A. Wiseman, Jr., Senior District Judge. Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge