**GRANTED.** *[signature: Thomas A. Wiseman Jr.]*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| RICK COTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3-09-0215 |
| ) | Jury Demand |
| CITY OF FRANKLIN, ) | |
| ) | Judge Wiseman |
| Defendant. ) | Magistrate Judge Knowles |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the parties respectfully move this Court for an order extending the time within which to deliver subpoenas to another individual for service. Pursuant to L.R. 45.01(b), an attorney who intends to have a witness subpoena in a civil matter served by a third person must deliver to that person the subpoena, along with an advance of funds as may be required, fourteen (14) days prior to the trial date. The parties move this Court to extend this time to ten (10) days prior to the trial date. In support of this Motion, the parties submit the following:

1. The trial of this matter is scheduled to begin on Tuesday, October 5, 2010. Pursuant to L.R. 45.01(b), all subpoenas to be served by a third person must be delivered by Tuesday, September 21, 2010.

2. The pre-trial conference for this matter is set for Friday, September 24, 2010, at 10:00 a.m. The defendant intends to file a motion in limine regarding certain historical testimony. If this motion is granted, the witness lists for the parties could be substantially reduced. The defendant estimates that an additional 10-15 witnesses will be required if the motion is not granted.