*GRANTED, and hearing on Defendant's Motions in Limine #10-20 will be at 9:00 a.m. on TUESDAY, OCTOBER 5, 2010.*

*/s/ Thomas A. Wiseman Jr.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| RICK COTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3-09-0215 |
| ) | Jury Demand |
| CITY OF FRANKLIN, ) | |
| ) | Judge Wiseman |
| Defendant. ) | Magistrate Judge Knowles |

## DEFENDANT'S MOTION FOR LEAVE TO FILE AND ARGUE MOTIONS IN LIMINE #10-20

**Defendant City of Franklin respectfully moves this Court for leave to file and argue its Motions in Limine #10-20.** Defendant wishes to file and argue these additional Motions in Limine in response to exhibits submitted by Plaintiff. Defendant respectfully moves this Court to set argument of Defendant's Motions in Limine #10-20 for Tuesday, October 5, 2010 at 9:30 a.m.

Respectfully submitted,

FARRAR & BATES, LLP

*/s/ William N. Bates*
WILLIAM N. BATES, BPR #3578
HEATHER C. STEWART, BPR #23914
211 Seventh Ave. N., Suite 500
Nashville, TN 37219
(615) 254-3060