AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| RICK COTTON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:09-cv-0215 |
| CITY OF FRANKLIN | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* CITY OF FRANKLIN recover costs from the plaintiff *(name)* RICK COTTON.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Thomas A. Wiseman, Jr. presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 10/12/2010

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*